UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

**BUNGE NORTH AMERICA, INC.**            **CIVIL ACTION NO. 05-299**

**VERSUS**            **JUDGE ROBERT G. JAMES**

**RICKY LEE**            **MAG. JUDGE JAMES D. KIRK**

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge [Doc. No. 26] previously filed herein and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Summary Judgment [Doc. No. 14] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's counsel shall submit, within ten business days, proof of entitlement to attorney's fees and costs.

MONROE, LOUISIANA this 2ND day of March, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE