
RECEIVED
IN MONROE, LA
MAY 0 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BUNGE NORTH AMERICA, INC. | CIVIL ACTION NO. 05-299 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RICKY LEE | MAG. JUDGE JAMES D. KIRK |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge [Doc. No. 30] previously filed herein and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion [Doc. No. 28] for attorney fees and costs, and pre and post judgment interest on the principal sum is GRANTED for the following amounts:

1. The principal sum of $107,632.83;

2. The sum of $14,570.34, representing judicial interest on the principal sum through March 1, 2006;

3. Judicial interest on the principal sum of $107,632.83, in accordance with Louisiana law from March 1, 2006, until date of judgment;

4. Attorney fees and costs in the amount of $24,466.27; and

5. Judicial interest from the date of judgment in accordance with 28 U.S.C. § 1961 on the total of the principal, attorney fees, and costs awarded.

MONROE, LOUISIANA this 28 day of April, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE
ROBERT G. JAMES